# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

NATHAN THOMAS, Personal Representative of the Estate of Kenneth G. Thomas, Deceased, and NATHAN THOMAS, Personal Representative of the Estate of Barbara L. Thomas, Deceased,

    Plaintiffs,

v.

ALLSTATE LIFE INSURANCE COMPANY,

    Defendant.

Case No.: 5:23-cv-00057-EKD

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nathan Thomas, Personal Representative of the Estate of Kenneth G. Thomas, Deceased, and the Estate of Barbara L. Thomas, Deceased, and Defendant Everlake Life Insurance Company f/k/a Allstate Life Insurance Company jointly stipulate and agree to the dismissal of this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his and its own attorney's fees, costs and expenses incurred.

DATED this the 27th day of November, 2024.

1

| | |
|---|---|
| */s/ Marc A. Peritz* | */s/ Rachel R. Friedman* |
| Marc A. Peritz, Esq. | Jennifer M. Busby, Esq. |
| Elizabeth C. Southall | Rachel R. Friedman, Esq. |
| FLORA PETTIT PC | Burr & Forman LLP |
| 530 East Main Street | 420 20th St. North, Suite 3400 |
| Charlottesville, Virginia 22902 | Birmingham, Alabama 35203 |
| Email:  map@fplegal.com | Email:  gbusby@burr.com |
|          ecs@fplegal.com |          rfriedman@burr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |